23-mc-0034

## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 53 ID |
| | : | |
| Administrative Suspension | : | |
| Pursuant to Rule 219 of the | : | |
| Pennsylvania Rules of | : | |
| Disciplinary Enforcement | : | |

### O R D E R

**AND NOW**, this 12th day of August, 2020, it is hereby Ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

_____
John A. Vaskov
Deputy Prothonotary

A True Copy Patricia Nicola
As Of 08/12/2020

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania

# Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

Year: 20-21                                                                                                         09/11/2020

### Philadelphia County
### Active

| ID# | Attorney |
|---|---|
| 323305 | Angus-Anderson, Wendy Elizabeth |
| 81211 | Barbich, Marie Sarkees |
| 67392 | Borum, Trevan |
| 47347 | Conway, Gwendolyn A. |
| 12386 | Dolfman, Murray B. |
| 67515 | Fabiani, Christa Ann |
| 27081 | Franqui, Angel Luis Jr. |
| 30561 | Galante, Linda Ann |
| 41362 | Gallagher, Mark T. |
| 314466 | Hallmark, Allie Jordan |
| 29197 | Heideck, Robert Earl |
| 2944 | Katevatis, Peter |
| 203549 | Koptiw, Michael Allen |
| 87858 | Labella, Gabriella |
| 209720 | Leff, Alan Michael |
| 312616 | Leite-Young, Robert Captain |
| 50701 | Levine, Ari D. |
| 25055 | Mariani, Ralph A. |
| 325434 | Miller, David |
| 326921 | Moore, Rory |
| 82759 | Mulroney, Moira Byrne |
| 320599 | Neiman, Erik Steven |
| 328109 | Pierson, Shauna Joelle |
| 327596 | Platt, Kyle Ian |
| 88925 | Salvatore, David |
| 28384 | Sarowitz, Lawrence S. |
| 48888 | Sheils, Denis Francis |
| 309485 | Skipton, Edward |
| 4259 | Solomon, Lawrence |
| 311897 | Speziali, Dominic Andrew |
| 322741 | Swist, Joseph Zachary |
| 89967 | Thauer, Susan Bradford |
| 36650 | Wiley, James F. III |
| 202947 | Winning, Stephen Michael |
| 312161 | Younis, Ramsey Mumtaz |