# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| TREVAN BORUM | : | NO. 23-mc-0034 |

## ORDER TO SHOW CAUSE

**AND NOW**, this 23rd day of February, 2023, it appearing that on August 12, 2020, respondent was **suspended** from the practice of law by the Supreme Court of Pennsylvania, effective (30) thirty days from August 12, 2020, it is hereby

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

**FOR THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**