# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| TREVAN BORUM | : | NO. 23-mc-0034 |

## ORDER

**AND NOW**, this 20th day of April, 2023, respondent having been ordered on February 23, 2023, to show cause, within thirty (30) days, why he should not be **suspended** from the practice of law in this court, effective thirty (30) days from August 12, 2020, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended** from the practice of law in this court, effective thirty (30) days from August 12, 2020, and until further Order of this court.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**